BLACK, Appellant, v. NASSAU ELECTRIC R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. February 24, 1911.) Action by Allan Black against the Nassau Electric Railroad Company.

PER CURIAM. Order reversed, with costs, and motion for new trial on the ground of new-

ly discovered evidence denied, with costs. The only apparent effect of the newly discovered evidence would be to discredit the witness Danzig upon a point not material to the controversy.